IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 4:12CR29 |
| | § | |
| JAMES CECIL HOLLEY, JR. (1) | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On May 21, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Suppress (With Warrant) - No. 1 (Dkt. 69) and Defendant's Motion to Suppress (With Warrant) - No. 2 (Dkt. 71) be DENIED.

The court, having made a *de novo* review of the objections raised by Defendant, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Defendant are without merit.[1] Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court. It is, therefore, **ORDERED** that Defendant's Motion to Suppress (With Warrant) - No. 1 (Dkt. 69) and Defendant's Motion to Suppress (With Warrant) - No. 2 (Dkt. 71) are DENIED.

**IT IS SO ORDERED.**
**SIGNED this the 28th day of May, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

---
[1] The parties agreed to shorten the time period to object to the report.